IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AMY N. WIEGARD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **04-419-CJP** |
| | ) |
| **KENNETH G. SMITH, M.D.,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant's Motion in Limine with Respect to Articles Authored by Dr. Strasberg.  **(Doc. 27)**.  Plaintiff has filed a response.  **(Doc. 32)**.

Defendant seeks to exclude articles written by Dr. Steven Strasberg because there has not been a sufficient foundation for their admission under **Fed.R.Evid. 803(18)**.

In Dr. Strasberg's deposition, plaintiff's counsel asked whether his articles on the subject of laparoscopic biliary injuries are authoritative.  Dr. Strasberg testified they are authoritative "in the common sense of the word."  **Tr. 15.**  There was no follow-up of what the witness meant by that qualification.

The papers are not identified in the deposition except to say that they concern analysis and avoidance of biliary injuries.  Dr. Strasberg's curriculum vitae, which was identified as an exhibit, indicates that he has authored 173 journal articles.

At this stage, none of Dr. Strasberg's articles have been offered into evidence.  Therefore, defendant's motion is premature.  Defendant may make his objection when and if any of the articles are offered at trial.

For the foregoing reasons, Defendant's Motion in Limine with Respect to Articles Authored by Dr. Strasberg **(Doc. 27)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  March 9, 2006.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
