IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMY N. WIEGARD, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 04-419-CJP |
| KENNETH G. SMITH, M.D., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before this Court for jury trial. The issued have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff **ANY N. WIEGARD** and against defendant **KENNETH G. SMITH, M.D.** in the amount of One Hundred and Fifty-Five Thousand Nine Hundred Dollars ($155,900.00) in accordance with jury verdict dated March 15, 2006 (Doc. 42).

**DATED** this 15th day of March, 2006

NORBERT G. JAWORSKI, CLERK

BY: _____
Deputy Clerk

Approved by _____
United States Magistrate Judge
Clifford J. Proud