IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AMY N. WIEGARD,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. **04-419-CJP** |
| **KENNETH G. SMITH, M.D.,** | ) ) ) |
| Defendant. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the court is the parties' Request Pursuant to Seventh Circuit Rule 57 for District Court to Indicate Whether It Is Inclined to Grant Joint Motion to Vacate Judgment. **(Doc. 73)**.

The jury returned a verdict in favor of plaintiff in the amount of $155,900.00, and judgment was entered in accordance therewith. **See, Docs. 42 & 43.** Defendant appealed. The parties have now reached a settlement agreement, and have filed a motion to remand in the Seventh Circuit. Pursuant to the Seventh Circuit's suggestion, they have also filed a motion to vacate judgment pursuant to Fed.R.Civ.P. 60(b) in this court.

After consideration, the parties' Request Pursuant to Seventh Circuit Rule 57 **(Doc. 73)** is **GRANTED, as follows**:

This court is inclined to grant the parties' motion to vacate judgment pursuant to Fed.R.Civ.P. 60(b).

**IT IS SO ORDERED.**

**DATE:  October 30, 2007.**           **s/ Clifford J. Proud**
                                        **CLIFFORD J. PROUD**
                                        **UNITED STATES MAGISTRATE JUDGE**