IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMY N. WEIGARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   NO. 04-419-CJP |
| | ) |
| KENNETH G. SMITH, M.D., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that case is dismissed with prejudice in accordance with an Order entered by Magistrate Judge Clifford J. Proud on November 26, 2007, (Doc. 77).

**DATED** this 26th day of November, 2007

NORBERT G. JAWORSKI, CLERK

BY: S/ Angela Vehlewald
Deputy Clerk

Approved by     S/ Clifford J. Proud
United States Magistrate Judge
Clifford J. Proud